IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY MARSILIANO,     )
                                     )
         **Plaintiff,**        )
                                     )
vs.                           )   Case No.   11-1036-JPG-PMF
                                     )
DR. DAVID, et al.,        )
                                     )
         **Defendant.**     )
                                     )

## MEMORANDUM AND ORDER

**FRAZIER, Magistrate Judge:**

Before the Court is Dr. David's motion to dismiss (Doc. No. 32). Plaintiff Anthony Marsiliano's response was due by August 15, 2013. A response is not on file. The Court elects to treat the absence of a response as an admission by Marsiliano that Dr. David's motion to dismiss has merit. SDIL-LR 7.1(c).

Anthony Marsiliano failed to serve responses to Dr. David's written discovery, due in April, 2013. His failure violates the discovery order entered on June 13, 2013, which gave him a July 3, 2013, deadline for compliance (Doc. No. 30). Marsiliano missed that deadline. His verbal communication with defense counsel permits only once conclusion: that he will not comply with the Court's discovery order.

Defendant Dr. David's motion (Doc. No. 32) is GRANTED. Marsiliano's claim against Dr. David (part of Count 1) is DISMISSED as a discovery sanction pursuant to Rule 37(b)(2)(v) of the Federal Rules of Civil Procedure.

Judgment shall enter. This case is closed.

**SO ORDERED: August 20, 2013**

                                                               s/Philip M. Frazier
                                                           **PHILIP M. FRAZIER**
                                                           **UNITED STATES MAGISTRATE JUDGE**