IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY MARSILIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.   11-cv-1036-PMF |
| | ) |
| DR. DAVID, HCU ADMINISTRATOR | ) |
| JANE DOE, GRIEVANCE OFFICER | ) |
| JOHN DOE and DR. JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** pursuant to the Court's Memorandum and Order entered August 20, 2013, (Doc. 33) that judgment is entered in favor of defendant Dr. David and against plaintiff Anthony Marsiliano. Defendant Dr. David shall recover costs from plaintiff Anthony Marsiliano.

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the Court's Memorandum and Order entered September 6, 2012, (Doc. No. 9) that judgment is entered in favor of defendants  HCU Administrator Jane Doe and Grievance Officer John Doe and against plaintiff Anthony Marsiliano.

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the Court's Memorandum and Order entered September 6, 2012, (Doc. No. 9) severing Count 2 of plaintiff's complaint against defendant Dr. John Doe into a separate case, Dr. John Doe was dismissed.

DATED:  August 20, 2013.            NANCY J. ROSENSTENGEL, CLERK

                                    By: s/Karen R. Metheney
APPROVED:                                   Deputy Clerk
s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE